# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

TODD ALTON MOUZON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-1542

_____

November 7, 2025

Appeal from the Circuit Court for DeSoto County; Don T. Hall, Judge.

Blair Allen, Public Defender, and Clark E. Green, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Marena S. Ramirez, Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

Affirmed.

LUCAS, C.J., and ROTHSTEIN-YOUAKIM and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior to official publication.